IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:22-cv-00342-LCB-JLW

| | |
|---|---|
| MATTHEW FREETAGE,<br><br>                Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>                Defendant. | **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Defendant Duke University Health System, Inc. ("Defendant") hereby responds to Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 18) by stating that is does not oppose Plaintiff's Motion.

This 12th day of August, 2022.

                                    /s/ Tory Ian Summey
                                    Tory Ian Summey, N.C. Bar No. 46437
                                    Zachary S. Anstett, N.C. Bar No. 53371
                                    PARKER POE ADAMS & BERNSTEIN LLP
                                    620 South Tryon Street, Suite 800
                                    Charlotte, North Carolina 28202
                                    Telephone: (704) 335-9036
                                    Facsimile: (704) 334-4706
                                    Email: torysummey@parkerpoe.com
                                    Email: zackanstett@parkerpoe.com

                                    *Attorneys for Defendant*

# CERTIFICATE OF COMPLIANCE

Pursuant to the Local Civil Rule 7.3(d)(1) of Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina effective June 1, 2022, the undersigned hereby certifies that the foregoing "*Defendant's Response to Plaintiff's Motion for Leave to File an Amended Complaint*" was prepared on a computer using Times New Roman 13 point font and does not exceed 3,125 words.

This 12th day of August, 2022.

/s/ Tory Ian Summey
Tory Ian Summey, N.C. Bar No. 46437
Zachary S. Anstett, N.C. Bar No. 53371
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9036
Facsimile: (704) 334-4706
Email: torysummey@parkerpoe.com
Email: zackanstett@parkerpoe.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing "***Defendant's Response to Plaintiff's Motion for Leave to File an Amended Complaint***" was electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel for Plaintiff via the Court's electronic case filing system.

This 12th day of August, 2022.

/s/ Tory Ian Summey
Tory Ian Summey, N.C. Bar No. 46437
Zachary S. Anstett, N.C. Bar No. 53371
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9036
Facsimile: (704) 334-4706
Email: torysummey@parkerpoe.com
Email: zackanstett@parkerpoe.com

*Attorneys for Defendant*