# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MATTHEW FREETAGE,                      )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )          1:22CV342
                                       )
DUKE UNIVERSITY HEALTH SYSTEM,         )
INC.,                                  )
                                       )
                    Defendant.         )

## ORDER APPROVING JOINT RULE 26(f) REPORT AND LOCAL RULE 5.5 REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 27) and Local Rule 5.5 Report (Docket Entry 28) submitted by the parties and approves both without modification, which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal.

_____
              /s/  Joe L. Webster
         United States Magistrate Judge

Date: September 6, 2022