IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:22-cv-00342-LCB-JLW

| | |
|---|---|
| MATTHEW FREETAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY HEALTH SYSTEM, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | **JOINT MOTION FOR ENTRY OF** <br> **CONSENT PROTECTIVE ORDER** |

    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, the parties hereby move this Court for the entry of a consent protective order in this matter. The parties believe that discovery and the trial of the above-captioned action is likely to involve the production and disclosure of confidential, proprietary, or sensitive information requiring protection against unrestricted disclosure or use. The parties have agreed upon the form of the protective order, which is filed contemporaneously herewith.

    WHEREFORE, the parties jointly seek the entry of a protective order to govern the disclosure or use of confidential, proprietary, or sensitive information.

Respectfully submitted this 27th day of September, 2022.

| | |
|---|---|
| /s/ Joseph D. Budd | /s/ Tory Ian Summey |
| Joseph D. Budd, N.C. Bar No. 44263 | Tory Ian Summey, N.C. Bar No. 46437 |
| OSBORN GAMBALE BECKLEY | Eric A. Frick, N.C. Bar No. 49212 |
|   & BUDD PLLC | Zachary S. Anstett, N.C. Bar No. 53371 |
| 721 W. Morgan Street | PARKER POE ADAMS & |
| Raleigh, NC 27603 |   BERNSTEIN LLP |
| Telephone: (919) 373-6422 | 620 South Tryon Street, Suite 800 |
| Fax: (919) 578-3733 | Charlotte, North Carolina 28202 |
| Email: joe@counselcarolina.com | Telephone: (704) 335-9844 |
| | Facsimile: (704) 334-4706 |
| *Attorneys for Plaintiff* | Email: torysummey@parkerpoe.com |
| | Email: ericfrick@parkerpoe.com |
| | Email: zackanstett@parkerpoe.com |
| | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Joint Motion for Entry of Consent Protective Order* was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 27th day of September, 2022.

/s/ Tory Ian Summey
Tory Ian Summey, N.C. Bar No. 46437
Eric A. Frick, N.C. Bar No. 49212
Zachary S. Anstett, N.C. Bar No. 53371
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9844
Facsimile: (704) 334-4706
Email: torysummey@parkerpoe.com
Email: ericfrick@parkerpoe.com
Email: zackanstett@parkerpoe.com

*Attorneys for Defendant*