IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:22-cv-00342-LCB-JLW

| | |
|---|---|
| MATTHEW FREETAGE,<br><br>                Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY HEALTH SYSTEM, INC.,<br><br>                Defendant. | |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff Matthew Freetage and Defendant Duke University Health System, Inc., (collectively, the "Parties"), by and through counsel, and hereby jointly give notice that the Parties have conditionally resolved this matter. The resolution will dispose of all claims in this case, and the Parties anticipate finalizing the resolution by filing a Joint Stipulation of Dismissal With Prejudice within thirty (30) days.

Respectfully submitted, this 8th day of May, 2023.

| | |
|---|---|
| /s/ Joseph D. Budd | /s/ Tory Ian Summey |
| Joseph D. Budd, N.C. Bar No. 44263 | Tory Ian Summey, N.C. Bar No. 46437 |
| OSBORN GAMBALE BECKLEY | Zachary S. Anstett, N.C. Bar No. 53371 |
|   & BUDD PLLC | PARKER POE ADAMS & |
| 721 W. Morgan Street |   BERNSTEIN LLP |
| Raleigh, NC 27603 | 620 South Tryon Street, Suite 800 |
| Telephone: (919) 373-6422 | Charlotte, North Carolina 28202 |
| Fax: (919) 578-3733 | Telephone: (704) 335-9844 |
| Email: joe@counselcarolina.com | Facsimile: (704) 334-4706 |
| | Email: torysummey@parkerpoe.com |
| | Email: zackanstett@parkerpoe.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **JOINT NOTICE OF SETTLEMENT** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification and serve same upon counsel of record via the Court's electronic case filing system.

This the 8th day of May, 2023.

/s/Tory Ian Summey
Tory Ian Summey, N.C. Bar No. 46437
Zachary S. Anstett, N.C. Bar No. 53371
PARKER POE ADAMS &
  BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9844
Facsimile: (704) 334-4706
Email: torysummey@parkerpoe.com
Email: zackanstett@parkerpoe.com

*Attorneys for Defendant*