
RECEIVED
In This Office
MAY 15 2023
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
11:30 CB

| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-cv-00342 | |
|---|---|---|
| Name of Plaintiff(s):<br>Matthew Freetage | REPORT<br>OF<br>MEDIATOR<br><br>(For Placement on the<br>CM/ECF Docket) | |
| **VERSUS** | | |
| Name of Defendant(s):<br>Duke University Health System | | |
| Mediator Name: Asa L. Bell, Jr.<br>Telephone No.: 919-755-1068<br>E-Mail Address: a.bell@asabelllaw.com | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on 5/2/2023 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**
   ☐ No Objection was made on the grounds that any required attendee was absent.
   ☐ Objection was made by _____

3. **Outcome**
   ☒ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ☐ Recess (i.e., mediation to be resumed at a later date)
   ☐ Impasse
   ☐ Additional Information: _____

4. **Settlement Filings**
   a) The document(s) to be filed to effort the settlement are _____
   b) The person responsible for filing the document(s) is Joseph Budd
   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   I have submitted this completed report with ten (10) days after conclusion of the conference.

   _Asa L Bell Jr_      May 10, 2023
   **Mediator Signature**      Date